# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE CIOBANU, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VELOCITY EXPRESS, et al., )<br>)<br>Defendants. )<br>) | Civil Action No.<br>13-10142-FDS |

## MEMORANDUM AND ORDER

**SAYLOR, J.**

On January 23, 2013, Plaintiff George Ciobanu filed a Complaint alleging the Defendants failed to interview him for a job and failed to hire him because of his disability.

On January 25, 2013, this Court issued a Memorandum and Order (Docket No. 5) directing Plaintiff to demonstrate good cause in writing why his claims against the individual defendants should not be dismissed. Plaintiff was also directed to file an Amended Complaint in accordance with Rule 8 of the Federal Rules of Civil Procedure, within 35 days.

On February 25, 2013, Plaintiff filed a Notice of Pleading (Docket No. 7) in which he stated that he would file an Amended Complaint. To date, however, Plaintiff has failed to demonstrate good cause as directed, and has failed to file an Amended Complaint.

Accordingly, for the failure to comply with this Court's directives, and for the substantive reasons set forth in the Memorandum and Order (Docket No. 5), it is hereby Ordered that this action is DISMISSED in its entirety.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
Dated: March 18, 2013                     United States District Judge